■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BAYNES, Appellant. [849 NYS2d 173]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Kahn, J.), rendered December 7, 2006, convicting him of assault in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Rivera, J.P., Florio, Carni and Balkin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM M. BECKHANS, Appellant. [849 NYS2d 870]—Appeal by the defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Doyle, J.), both imposed June 13, 2006, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Spolzino, J.P., Florio, Covello and Dickerson, JJ., concur.